IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN ROSA,<br><br>    Plaintiff,<br><br>v.<br><br>X CORP.; X HOLDINGS CORP.; ELON MUSK; STEVE DAVIS; JOHN DOES 1-10 and ABC CORPS. 1-10,<br><br>    Defendants. | Civil Action No.: 2:23-cv-22908-BRM-AME<br><br>**STIPULATION FOR EXTENSION OF TIME** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Alan Rosa and Defendants X Corp. and X Holdings Corp., by and through their undersigned counsel, that X Corp. and X Holdings Corp. will have up to and including March 22, 2024, to answer, plead or otherwise respond to Plaintiff's Complaint (Dkt. No. 1). No prior extensions have been sought or granted.

Dated: January 25, 2024

**STIPULATED AND AGREED:**

**DEUTSCH ATKINS & KLEINFELDT, P.C.**

/s/ *Bruce L. Atkins, Esq.*
Bruce L. Atkins, Esq.
21 Main Street – Suite 352
Hackensack, NJ 07601
Tel: (551) 245-8864
badktins@deutchatkins.com
*Attorneys for Plaintiff Alan Rosa*

Dated: January 25, 2024

SO ORDERED

_____
BRIAN R MARTINOTTI, USDJ
DATED: FEBRUARY 6, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Sean P. Lynch, Esq.*
Sean P. Lynch
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 919-6611
sean.lynch@morganlewis.com
*Attorneys for Defendants X Corp. and X Holdings Corp.*

Dated: January 25, 2024