MORGAN, LEWIS & BOCKIUS LLP
Sean P. Lynch
502 Carnegie Center
Princeton, NJ  08540
(609) 919.6611
sean.lynch@morganlewis.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN ROSA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>X CORP.; X HOLDINGS CORP.; ELON MUSK; STEVE DAVIS; JOHN DOES 1-10 and ABC CORPS. 1-10,<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-22908-BRM-AME<br><br>**DEFENDANTS X CORP. and X HOLDINGS CORP.'S NOTICE OF MOTION TO COMPEL ARBITRATION**<br><br>Motion return date: April 15, 2024<br><br>*ORAL ARGUMENT REQUESTED* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 15, 2024, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, and upon the accompanying Memorandum of Law, Declarations of Lauren Wegman and Sean P. Lynch, and the attachments thereto, Defendants X Corp. and X Holdings Corp. ("Defendants") will move in the United States District Courthouse for the District of New Jersey, 50 Walnut Street, Newark,

1

NJ 07102, before the Honorable Brian R. Martinotti, U.S.D.J., for an Order granting Defendants' Motion to Compel Arbitration.

Plaintiff Alan Rosa has filed an action alleging breach of contract and violations of federal, New Jersey, New York, and California statutes. Defendant hereby moves to compel arbitration of the claims at issue pursuant to the Parties' arbitration agreement and the Federal Arbitration Act.

| | |
|---|---|
| Dated: March 22, 2024 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | */s/ Sean P. Lynch* |
| | Sean P. Lynch |
| | 502 Carnegie Center |
| | Princeton, NJ  08540 |
| | (609) 919.6611 |
| | sean.lynch@morganlewis.com |
| | *Attorneys for Defendants* |