# *Deutsch Atkins & Kleinfeldt, P.C.*

| | **ATTORNEYS AT LAW** | |
|---|---|---|
| NEIL H. DEUTSCH, (RET.) | 21 MAIN STREET, SUITE 352 | ONE BLUE HILL PLAZA |
| BRUCE L. ATKINS, AV®[2] | COURT PLAZA SOUTH | P.O. BOX 1647 |
| ADAM J. KLEINFELDT[1] | HACKENSACK, NEW JERSEY 07601 | PEARL RIVER, NY 10965 |
| DEBRA M. MCGARVEY[1] | TELEPHONE: (201) 498-0900 | (845) 920-0200 |
| CARLY SKARBNIK MEREDITH[1] | FACSIMILE: (201) 498-0909 | ------- |
| ------- | ------- | Please respond to the Hackensack Office |
| JASON TODD MUSHNICK[4] | WEBSITE: www.deutschatkins.com | |
| DIANE ENGLANDER PEYSER | E-MAIL: DALAW@deutschatkins.com | ADMITTED IN NJ |
| ROBERT J. PRIFITERA | WRITER'S DIRECT E-MAIL: dmcgarvey@DeutschAtkins.com | ADMITTED IN NJ & NY[1] |
| ------- | | ADMITTED IN NJ, NY & FL[2] |
| OF COUNSEL | | ADMITTED IN NY[3] |
| LAURA G. WEISS[3] | | ADMITTED IN NJ, NY & NC[4] |

March 27, 2024

**VIA ECF**

Hon. Brian Martinotti, U.S.M.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

      Re:    **Alan Rosa v. X Corp., X Holdings Corp., Elon Musk; Steve Davis**
             **Case No.: 2:23-cv-22908-BRM-AME**

Dear Judge Martinotti:

We represent Plaintiff, Alan Rosa, in the above-referenced matter.

We write to request a one (1) cycle adjournment until May 6, 2024 of Defendants Elon Musk and Steve Davis's Motion to Dismiss, and Defendant X Corp. and X Holdings Corp.'s Motion to Compel Arbitration, both of which are currently returnable on April 15, 2024, with our opposition due on April 1st.

Bruce Atkins, the Senior Partner on this case, is currently out of the office on medical leave, having recently had knee replacement surgery. He is not expected back into the office until the week of April 1st.  Our adversary has consented to our request for this adjournment.

We thank the Court for its courtesies.

                                        Respectfully submitted,

                                        */s/ Debra M. McGarvey*

                                        DEBRA M. McGARVEY

DMM/ms
cc:  Sean P. Lynch, Esq. *(via ECF)*