# EXHIBIT E

## Receipt for $409.25 USD to JAMS, Inc.

**Paystand** <noreply@paystand.com>
Thu 5/4/2023 10:38 PM
To: Debra McGarvey <dmcgarvey@deutschatkins.com>

JAMS, Inc.

You paid $409.25 USD to JAMS, Inc..

Defi cards

**Never pay card fees again.**

Create unlimited virtual and physical DeFi Cards to make zero fee, secure payments that pay you 1% back in Bitcoin.

Get your DeFi Card today

**Payment ID**

v1o924lr7bz6pmh1ix3960dk

**Payment Date**

05-May-2023

**Payment Amount**

Subtotal : $400.00 USD
Fee      : $9.25 USD
Total    : $409.25 USD

**Payment Method**

Card (3000)

**Business Information**

JAMS, Inc.
payments@jamsadr.com
18881 Von Karman Ave

**Payer Information**

Alan Rosa
dmcgarvey@deutschatkins.com
701 Galenkamp Court

| | |
|---|---|
| Irvine CA 92612 | Wyckoff NJ 07482 |
| USA | USA |

**For any questions, please contact JAMS, Inc..**

Powered by:
Paystand

Contact sales@paystand.com to modernize your payments today.

© Paystand Inc. 2023. All Rights Reserved.