# EXHIBIT G



# COMMENCEMENT OF EMPLOYMENT ARBITRATION

NOTICE TO ALL PARTIES                                        May 30, 2023

RE:    **Rosa, Alan vs. Twitter, Inc. et al.**
       JAMS Ref. No.: 5425001113

Dear Parties:

This confirms the commencement of this arbitration as of the date of this letter. This arbitration shall be conducted in accordance with JAMS Employment Arbitration Rules.

All arbitrations at JAMS are conducted in accordance with the attached Arbitration Administrative Policies regarding payment of fees, document retention, and limitations of liability. Due to the nature of its business and size, JAMS may have administered other matters involving the parties, lawyers, or law firms in this case. Enclosed is a summary of such cases administered within the last 5 years.

The parties are encouraged to mutually agree to an arbitrator. If the parties are unable to mutually agree to an arbitrator, then using the following list of arbitrator candidates each party may strike two names and rank the remaining candidates in order of preference. The deadline for return of your strike list is close of business on **June 6, 2023** [Note: Strike lists should not be exchanged amongst the parties.]:

>     Hon. Steven M. Gold (Ret.)
>     Hon. Priscilla Hall (Ret)
>     Hon. Sherry Klein Heitler (Ret.)
>     Hon. Shirley Werner Kornreich (Ret.)
>     Christopher M. Kwok, Esq.
>     Hon. Frank Maas (Ret.)
>     Stephen Sonnenberg, Esq.

Résumés and rules are available on our website, www.jamsadr.com, or by contacting me.

If a party fails to respond to the list of arbitrator candidates by the deadline, that party shall be deemed agreeable to all the proposed candidates. JAMS will then confirm the appointment of the arbitrator and begin scheduling.

The Arbitrator shall bill in accordance with the attached Fee Schedule. JAMS will administer the arbitration consistent with the JAMS Policy on Employment Arbitration, Minimum Standards of Procedural Fairness. According to this Policy, the only fee an employee may be required to pay is $400 of the Filing Fee. All other costs, including the remainder of the Filing Fee, must be borne by the company. JAMS will also administer the case consistent with JAMS Cancellation/Continuance policy. Pursuant to this policy, any party who cancels or continues a hearing after the deadline to do so will be responsible for 100% of the professional fees for the reserved and unused time unless we can fill the time with another matter.



Under appropriate circumstances, the arbitrator may award JAMS fees and expenses against any party. In California, the arbitration provision shall not require the consumer to pay the fees and costs incurred by the opposing party if the consumer does not prevail, and we will not enforce such a provision in the parties' agreement.

JAMS agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in arbitration.

If you have questions, please contact me directly at 313-209-8851. We look forward to working with you.

Sincerely,


Sarah Nevins
Arbitration Practice Manager
snevins@jamsadr.com