# EXHIBIT H

## Marianne Schwartz

| | |
|---|---|
| **From:** | Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com> |
| **Sent:** | Tuesday, June 6, 2023 11:38 AM |
| **To:** | Sarah Nevins; Marianne Schwartz |
| **Cc:** | Bruce Atkins; Debra McGarvey; Daniel Koffmann |
| **Subject:** | RE: Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113 |

Dear Ms. Nevins:

Confirmed.

Regards,

**Kathryn Bonacorsi**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7312 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
kathrynbonacorsi@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Tuesday, June 6, 2023 11:30 AM
**To:** Marianne Schwartz <mschwartz@deutschatkins.com>
**Cc:** Bruce Atkins <batkins@deutschatkins.com>; Debra McGarvey <dmcgarvey@deutschatkins.com>; Daniel Koffmann <danielkoffmann@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Subject:** RE: Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113

**[EXTERNAL EMAIL from snevins@jamsadr.com]**

Received.  Thank you.  Can the other side please confirm their agreement to Mr. Young by replying to this email?

Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for** JAMS Access.
Follow us on **LinkedIn** and **Twitter**.

**From:** Marianne Schwartz <mschwartz@deutschatkins.com>
**Sent:** Tuesday, June 6, 2023 11:27 AM
**To:** Sarah Nevins <snevins@jamsadr.com>
**Cc:** Bruce Atkins <batkins@deutschatkins.com>; Debra McGarvey <dmcgarvey@deutschatkins.com>; Daniel Koffmann (danielkoffmann@quinnemanuel.com) <danielkoffmann@quinnemanuel.com>; Kathryn Bonacorsi (kathrynbonacorsi@quinnemanuel.com) <kathrynbonacorsi@quinnemanuel.com>
**Subject:** Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Nevins,

Attached please find correspondence from Mr. Atkins.
A hard copy will follow by regular mail.  Thank you.

*Regards,*

*Marianne Schwartz*
*Paralegal to Bruce L. Atkins, Esq.*

*Deutsch Atkins & Kleinfeldt, P.C.*
*21 Main Street, Suite 352*
*Court Plaza South*
*Hackensack, New Jersey  07601*

*Tel:  201-498-0900*
*Fax: 201-498-0909*
*mschwartz@deutschatkins.com*

## Marianne Schwartz

| | |
|---|---|
| **From:** | Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com> |
| **Sent:** | Tuesday, June 6, 2023 4:14 PM |
| **To:** | Marianne Schwartz; Bruce Atkins; Debra McGarvey |
| **Cc:** | Jennifer Barrett; Daniel Koffmann |
| **Subject:** | RE: Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Debra –

In light of the below, please let us know if you are amenable to a meet and confer to attempt to select an arbitrator. If so, we are available Thursday morning.

Thanks,
Kate

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Tuesday, June 6, 2023 2:39 PM
**To:** Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Marianne Schwartz <mschwartz@deutschatkins.com>
**Cc:** Bruce Atkins <batkins@deutschatkins.com>; Debra McGarvey <dmcgarvey@deutschatkins.com>; Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Subject:** RE: Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113

**[EXTERNAL EMAIL from snevins@jamsadr.com]**

Good Afternoon Counsel.

Unfortunately, Mr. Young has declined to accept this matter. Do you wish to meet and confer to attempt to select an alternate? Please advise.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*™**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

1

**From:** Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Sent:** Tuesday, June 6, 2023 11:38 AM
**To:** Sarah Nevins <snevins@jamsadr.com>; Marianne Schwartz <mschwartz@deutschatkins.com>
**Cc:** Bruce Atkins <batkins@deutschatkins.com>; Debra McGarvey <dmcgarvey@deutschatkins.com>; Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Subject:** RE: Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Nevins:

Confirmed.

Regards,

**Kathryn Bonacorsi**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7312 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
kathrynbonacorsi@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Tuesday, June 6, 2023 11:30 AM
**To:** Marianne Schwartz <mschwartz@deutschatkins.com>
**Cc:** Bruce Atkins <batkins@deutschatkins.com>; Debra McGarvey <dmcgarvey@deutschatkins.com>; Daniel Koffmann <danielkoffmann@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Subject:** RE: Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113

**[EXTERNAL EMAIL from snevins@jamsadr.com]**

Received.  Thank you.  Can the other side please confirm their agreement to Mr. Young by replying to this email?

Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*™**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for** JAMS Access.
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Marianne Schwartz <mschwartz@deutschatkins.com>
**Sent:** Tuesday, June 6, 2023 11:27 AM
**To:** Sarah Nevins <snevins@jamsadr.com>
**Cc:** Bruce Atkins <batkins@deutschatkins.com>; Debra McGarvey <dmcgarvey@deutschatkins.com>; Daniel Koffmann (danielkoffmann@quinnemanuel.com) <danielkoffmann@quinnemanuel.com>; Kathryn Bonacorsi (kathrynbonacorsi@quinnemanuel.com) <kathrynbonacorsi@quinnemanuel.com>
**Subject:** Alan Rosa v. Twitter et al. JAMS Ref. No. 5425001113

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Nevins,

Attached please find correspondence from Mr. Atkins.
A hard copy will follow by regular mail.  Thank you.

*Regards,*

*Marianne Schwartz*
*Paralegal to Bruce L. Atkins, Esq.*

*Deutsch Atkins & Kleinfeldt, P.C.*
*21 Main Street, Suite 352*
*Court Plaza South*
*Hackensack, New Jersey  07601*

*Tel:  201-498-0900*
*Fax: 201-498-0909*
*mschwartz@deutschatkins.com*