**EXHIBIT K**

**From:** Alan Rosa
**Subject:** Re: Your Role at Twitter
**Date:** December 21, 2022 at 6:28 PM
**To:** ksnodgrass@twitter.com



Katie -

Thank you for sending this over. I do want to confirm, consistent with our conversation that if/when these allegations prove themselves to be unsubstantiated or viewed as frivolous consistent with legal due process that the entire amounts owed will be paid as one lump sum instead of over time inclusive of COBRA expenses. My separation date will be legally noted as either December 6th or 15th consistent with documents forwarded by Twitter's designated representative.

Kindly forward the contact of Twitter's legal representative working on this matter. Moving forward I will be represented by Bruce Atkins from the firm of Deutsch, Atkins & Kleinfedlt based out of Hackensack, NJ. Once I have the Twitter contact name I will ensure our respective representatives are connected.

Alan

---------- Forwarded message ----------
From: **Katie Marcotte (Snodgrass)** <ksnodgrass@twitter.com>
Date: Wednesday, December 21, 2022
Subject: Your Role at Twitter
To: "alan.a.rosa@gmail.com" <alan.a.rosa@gmail.com>

Hi Alan,

As discussed in our call on Friday December 16th, we are initiating an investigation to review your conduct during your employment at Twitter. As a result, your last day on payroll was December 15th and any severance paperwork will be put on hold until the investigation comes to a close. If no concerns are substantiated during the investigation, we will provide you the opt out severance agreement discussed - in exchange for a signed release of claims you will receive 3 months of pay, benefits for 2 months, and payout of your February 1st vest.

Please let me know if you have any other questions. Otherwise we will be in touch in the coming weeks.