# Morgan Lewis

**Sean P. Lynch**
Partner
+1.609.919.6611
sean.lynch@morganlewis.com

April 25, 2024

**VIA ECF**
Hon. Brian R. Martinotti, U.S.M.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50  Walnut Street
Newark, New Jersey 07102

*Re:*     *Rosa v. X. Corp., et al.*, **Case No.: 2:23-cv-22908-BRM-AME**

Dear Judge Martinotti:

We represent Defendants X. Corp., X Holdings Corp., Elon Musk and Steve Davis in the above-referenced matter.

We write to request a one cycle adjournment, until May 20, 2024, of the individual defendant's Motion to Dismiss (ECF No. 8) and the corporate defendant's Motion to Compel Arbitration (ECF No. 9), both of which are currently returnable on May 6, 2024.  With the adjournment, the deadline for Defendants' reply briefs for the pending motions would be moved from April 29, 2024 to May 13, 2024 and the new return date will be May 20, 2024.

Plaintiff's counsel consents to this adjournment request, which is necessitated by professional and personal commitments and scheduling conflicts that prevent me from being able to prepare and file the reply briefs by May 6th.  The pending motions were adjourned once before at the request of Plaintiff's counsel (with Defendants' consent).

We thank the Court for its attention and courtesies in the matter.

                                                              Respectfully submitted,

                                                              /s/ *Sean P. Lynch*
                                                              Sean P. Lynch

cc:     Bruce L. Atkins, Esq.
         Debra M. McGarvey, Esq.

**Morgan, Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540          +1.609.919.6611
United States                       +1.609.919.6701