# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN ROSA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>X CORP.; X HOLDINGS CORP.; ELON MUSK; STEVE DAVIS; JOHN DOES 1-10 and ABC CORPS. 1-10,<br><br>　　　　　　Defendants. | Hon. Brian R. Martinotti<br>Case No.: 2:23-cv-22908-BRM-AME<br><br>**DECLARATION OF SEAN P. LYNCH IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO COMPEL ARBITRATION**<br><br>Motion return date: April 15, 2024 |

SEAN P. LYNCH, of full age, hereby declares as follows:

1. I am an attorney with the law firm of Morgan Lewis & Bockius LLP, attorneys for Defendants X Corp., X Holdings Corp., Elon Musk and Steve Davis. As such, I am familiar with this matter and other matters against Defendants.

2. I am aware of at least one individual arbitration before JAMS filed against X Corp. that has proceeded to the Arbitrator because the claimant paid their half of the arbitration initiation fees, and X Corp. paid the other half. The parties are currently briefing the issue of whether the JAMS' Minimum Standards apply to the arbitration before their individual Arbitrator.

3. I am also aware of another private arbitration in which the claimant paid their half of arbitration initiation fees, X Corp. paid its half, and the Arbitrator is overseeing the litigation.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: May 13, 2024                                                      */s/ Sean P. Lynch*
                                                                                        Sean P. Lynch, Esq.